**No. 11-5118. Maurice P. Olivier, Petitioner v. County of Los Angeles, California.**

565 U.S. 890, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5627, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 426 Fed. Appx. 578.

**No. 11-5119. James Nelson, Petitioner v. United States.**

565 U.S. 890, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5719.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 65.

**No. 11-5121. Arthur Ray Anderson, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

565 U.S. 890, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5652.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 175.

**No. 11-5122. Afeez Ali, Petitioner v. Florida.**

565 U.S. 891, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5806.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 59 So. 3d 1151.

**No. 11-5123. Clinton Black, Petitioner v. Gina Tendras.**

565 U.S. 891, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5412.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 197 Md. App. 752 and 197 Md. App. 762.

**No. 11-5124. Eric Dewayne Boyd, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 271, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5662.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 640 F.3d 657.

**No. 11-5125. Harry Joseph Butry, Petitioner v. Pennsylvania.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5397.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 15 A.3d 540.

**No. 11-5126. James Tyler, Petitioner v. District of Columbia.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 160, 2011 U.S. LEXIS 5242.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.